IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
WESTERN PACIFIC L-C CORP., a        )
California corporation; and CRAIG   )
BROWN,                              )
                                    )    2:07-cv-504-GEB-DAD
               Plaintiffs,          )
                                    )
     v.                             )    ORDER*
                                    )
TIDEWATER CONTRACTORS INC., an      )
Oregon corporation; UNITED STATES   )
FIDELITY AND GUARANTY COMPANY, a    )
Maryland corporation; and DOES      )
1-10,                               )
                                    )
               Defendants.          )
_____)
```

Defendants move for a more definite statement of Plaintiffs' Amended Complaint under Federal Rule of Civil Procedure 12(e).[1] Plaintiffs filed a statement of non-opposition to Defendants' motion. Accordingly, Defendants' motion is granted. Plaintiffs shall provide a more definite statement regarding (i) who Plaintiff Craig Brown is;

---

[*] This matter was determined to be suitable for decision without oral argument. L.R. 78-230(h).

[1] Since each Defendant filed an identical motion, the motions will be referenced herein as "motion."

1

(ii) what Mr. Brown's capacity and interests in this suit are; (iii) who specifically is the other party to the alleged oral agreement with Defendant Tidewater Contractors, Inc.; and (iv) to whom the sums sought allegedly are due.  Plaintiffs' Second Amended Complaint shall be filed within ten (10) days of the date on which this Order is filed.

IT IS SO ORDERED.

Dated:  April 30, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge