IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN PACIFIC L-C CORP, a California corporation; CRAIG BROWN,<br><br>           Plaintiffs,<br><br>     v.<br><br>TIDEWATER CONTRACTORS, INC., an Oregon corporation; THE UNITED STATES FIDELITY AND GUARANTY GUARANTY COMPANY, a Maryland corporation,<br><br>           Defendants. | 2:07-cv-00504-GEB-DAD<br><br><u>ORDER RE: SETTLEMENT AND DISPOSITION</u> |

On October 30, 2008, the parties' filed a "Notice of Settlement" in which they state they "have settled this action" and will file a dispositional document "within twenty (20) calendar days." Therefore, a dispositional document shall be filed no later than November 19, 2008.

Trial scheduled for November 4, 2008, is reset to commence at 9:00 a.m. on December 9, 2008, in the event the above referenced dispositional document is not filed, or this action is not otherwise

///

///

1

1  dismissed.

2  Dated:   October 31, 2008

3
4  _____
   GARLAND E. BURRELL, JR.
5  United States District Judge